IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE KELLY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 15-4931 PSG (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Defendant has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1 | IT IS ORDERED that Judgment be entered in favor of Plaintiff.

DATE: __5/9/16_____    _____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE