# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE KELLY,<br><br>      Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>      Defendant. | Case No. CV 15-4931 PSG (MRW)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration for further proceedings consistent with the Court's order

DATE: __5/9/16_____    _____

                                  HON. PHILIP S. GUTIERREZ<br>
                                  UNITED STATES DISTRICT JUDGE